878 A.2d 850

DR. ENRICO BONDI, AS EXTRAORDINARY COMMISSIONER OF PARMALAT FINANZIARIA S.P.A., PARMALAT S.P.A., AND OTHER AFFILIATED ENTITIES IN EXTRAORDINARY ADMINISTRATION, PLAINTIFF–RESPONDENT, v. CITIGROUP INC., CITIBANK, N.A., VIALATTEA LLC, BUCONERO LLC, AND EUREKA PLC, DEFENDANTS–MOVANTS.

July 11, 2005.

ORDERED that the motion for leave to appeal is granted, and the matter is summarily remanded to the Appellate Division to consider the appeal on the merits.

878 A.2d 850

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. FRANK CAPO, DEFENDANT–RESPONDENT.

July 18, 2005.

ORDERED that the motion for leave to appeal is granted and the matter is summarily remanded to the Appellate Division to consider the appeal on the merits.

878 A.2d 850

THERESA M. NOTTE AND ROBERT PANTANO, PLAINTIFFS, v. MERCHANTS MUTUAL INSURANCE COMPANY A/K/A MERCHANTS MUTUAL GROUP AND WILLIAM F. WOLFE, DEFENDANTS–MOVANTS.

July 11, 2005.

ORDERED that the motion for leave to appeal is granted.